**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

DUSTIN BLEA,

    Petitioner,

v.                                                                                    No. 23-cv-1065 SMD-JFR
                                                                                      No. 20-cr-1630 JB-KK

UNITED STATES OF AMERICA,

    Respondent.

## ORDER OF REFERRAL

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), (b)(3) and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), the remaining 28 U.S.C. § 2255 claim regarding plea counsel's failure to consult with Petitioner as to an appeal is referred to Magistrate Judge John F. Robbenhaar to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case.  Magistrate John F. Robbenhaar shall submit his analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties.  The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. §636(b)(1)(C). Objections shall be filed within fourteen (14) days of the date of entry of the proposed disposition.

HON. SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE